**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**George Kevin SAUNDERS,
Defendant—Appellant.**

**No. 11–7164.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 14, 2011.

Decided: Oct. 19, 2011.

George Kevin Saunders, Appellant Pro Se. Bonnie S. Greenberg, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Kevin Saunders seeks to appeal the district court's order directing the Government to respond to Saunders's motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Saunders seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*